*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:    September 24, 2015                    106867
_____

THE PEOPLE OF THE STATE OF
    NEW YORK,
                        Respondent,

        v                                         MEMORANDUM AND ORDER

MARK E. RUISE,
                        Appellant.
_____

Calendar Date:   August 10, 2015

Before:   Peters, P.J., Rose, Lynch and Clark, JJ.

                            _____


        Michael P. Graven, Owego, for appellant.

        Weeden A. Wetmore, District Attorney, Elmira (Damian M. Sonsire of counsel), for respondent.

                            _____


        Appeal from a judgment of the County Court of Chemung County (Hayden, J.), rendered February 3, 2014, convicting defendant upon his plea of guilty of the crime of criminal sale of a controlled substance in the third degree.

        In satisfaction of a four-count indictment, defendant pleaded guilty to criminal sale of a controlled substance in the third degree and was sentenced as a second felony offender, in accordance with the plea agreement, to a prison term of three years, followed by two years of postrelease supervision. Defendant appeals, contending that the sentence imposed was harsh and excessive, particularly given his mental health issues. We disagree. Noting defendant's criminal history and the favorable plea resolution, we find no abuse of discretion by County Court nor any extraordinary circumstances warranting a modification of the bargained-for sentence (see People v Nixon, 98 AD3d 1169,

-2-                        106867

1169 [2012]; People v Ross, 45 AD3d 897, 897 [2007]).

Peters, P.J., Rose, Lynch and Clark, JJ., concur.


ORDERED that the judgment is affirmed.



ENTER:

Robert D. Mayberger
Clerk of the Court